UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VANESSA LIPSTEIN,

          Plaintiff,

     v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

No.  2:26-cv-0994 AC

ORDER GRANTING IFP AND DIRECTING E-SERVICE

Pending before the court is plaintiff's motion for leave to proceed in forma pauperis.  See 28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or security" by a person that is unable to pay such fees).[1]  ECF No. 2.  Plaintiff submitted the required affidavit, which demonstrates an inability to prepay fees and costs or give security for them.  Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;

    2.    The Clerk of Court is directed to issue a summons for this case;

    3.    In keeping with the court's e-service procedure for Social Security cases, service on the defendant Commissioner of Social Security Administration shall proceed under the court's E-Service program as follows.  Once a summons is issued, the

---

[1]  Actions involving review of Social Security decisions are referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

1

Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint.  The Commissioner has agreed not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order. This order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure; and

4.    The Clerk of Court is DIRECTED to issue a scheduling order in this case.

IT IS SO ORDERED.

DATED: March 24, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2