ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA LIPSTEIN,<br><br>          Plaintiff,<br><br>     v.<br><br>Commissioner of Social Security,<br><br>          Defendant. | CIVIL NO. 2:26-cv-00994-WBS-AC<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant

Commissioner of Social Security ("Defendant"), through their undersigned counsel of record,

that the above-entitled action shall be remanded to the Commissioner of Social Security for

further administrative proceedings.

Upon remand, the Appeals Council will remand the case to an Administrative Law

Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record. The

parties request that the Court direct the Clerk of the Court to enter a final judgment in favor of

Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  July 7, 2026                          /s/ Francesco Benavides*
                                              FRANCESCO BENAVIDES
                                              Attorney for Plaintiff
                                              *Authorized via e-mail on July 7, 2026

Dated: July 7, 2026                           ERIC GRANT
                                              United States Attorney
                                              MATHEW W. PILE
                                              Head of Program Litigation 1
                                              Social Security Administration

                                    By:       /s/ Erin Jurrens
                                              ERIN JURRENS
                                              Special Assistant U.S. Attorney

                                              Attorneys for Defendant


## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).


Dated:  July 7, 2026
                                              WILLIAM B. SHUBB
                                              UNITED STATES DISTRICT JUDGE


STIPULATION TO REMAND